# EXHIBIT A
## Collective Bargaining Agreement Provisions

| Limits on Arbitrator's Authority | Text of CBA | Citation to CBA |
|---|---|---|
| (1) The arbitrator is bound by the terms of the CBA and may not add to or subtract from them. | "No arbitrator shall have the jurisdiction or authority to add to, delete from, nullify, disregard, or modify any terms of this Agreement, or to impair any of the rights reserved to the Company under the terms hereof, either directly or indirectly under the guise of interpretation; nor shall the arbitrator have the power to substitute his discretion and judgment for that of the Company in any matter on which the Company has not contracted away its right to exercise discretion and judgment." | JA-48, CBA Art. 12, Sec. 3(d). |
| (2) The CBA is the complete agreement between the parties, i.e., an arbitrator has no authority to rely on other materials in rendering his award. | "The parties agree that this Agreement is the complete agreement between them . . . . All of the understandings, agreements, and undertakings arrived at by the parties are set forth in this Agreement." | JA-69, CBA Art. 36, Sec. 1. |
| (3) Refresco may discharge or discipline employees for just cause. | "The Company shall have the right to discharge of discipline any employee for just cause." | JA-50, CBA Art. 13, Sec. 1. |
| (4) Harassment and workplace violence are just cause for termination. | "The following offenses or conduct shall be considered just cause for termination of employment: . . . violation of the Company's rules and/or policies concerning harassment, workplace violence. . . ." | JA-50, CBA Art. 13, Sec. 1. |
| (5) The degree of discipline, including termination, is decided by Refresco. | "It is understood and agreed that the degree of discipline up to and including discharge imposed for just cause, including for the reasons listed above, shall be determined by the Company." | JA-51, CBA Art. 13, Sec. 1. |
| (6) Under Article 13, Section 1, the Arbitrator's sole role is determining if the | "In the event of such offenses or misconduct, the arbitrator's sole role will be to determine whether the employee engaged in the behavior | JA-51, CBA Art. 13, Sec. 1. |

| Limits on Arbitrator's Authority | Text of CBA | Citation to CBA |
|---|---|---|
| employee engaged in the misconduct alleged. | alleged, in which case the employee's termination shall be upheld." | |
| (7)  Although the Union may grieve the Company's discipline decision, any grievance is subject to Article 13, Section 1, which limits an arbitrator's role. | "[T]he Company shall, subject to just cause, determine the level of discipline. . . . [T]he Company may at its option elect to skip or repeat levels of discipline. . . . Subject to the provisions of Section 1 of this Article, the level of discipline chosen by the Company is subject to the grievance and arbitration provisions of Article 12." | JA-51, CBA Art. 13, Sec. 2. |